## Joseph Creacraft and wife *against* Caleb Dille.

### S. C. Addison 350.

Devise by husband of one third of his personal estate to his wife, and the use of one third of his lands while she remained his widow, and also one cow over and above her thirds, and all the rest of his estate to his children will bar the widow of her dower on her acceptance of the devise.

DOWER.    Pleas, satisfaction and acceptance.

The following case was stated for the opinion of YEATES and SMITH, Justices, at a Circuit Court, held at Washington, in October 1800.

Joseph Creacraft having married the widow of Jabez Baldwin, brought a suit for her dower of one third part of 399 acres of land.

Jabez Baldwin, by his last will dated 10th September 1778, gave to his wife, now the wife of Creacraft, one third part of all his moveable estate, together with the use of one third of his lands, while she remained his widow, and also one cow over and above her thirds; and gave all the rest of his estate to his eight children.

\*80]    *Annexed to the will, and of the same date, was a note signed by his wife, stating that she voluntarily agreed to the above will.    And on the 4th March 1791, her then husband, Joseph Creacraft, gave a receipt to Caleb Baldwin, one of the executors, for a cow over her third part, agreeably to the will of Jabez Baldwin.

It is also agreed, that a conversation was had between the person who drew the will, and Jabez Baldwin and his wife, respecting the will, and that he drew it according to their directions; that he told Baldwin that this was no more than the law would give her; that Baldwin then desired him to put in a cow besides the thirds; that she declared herself well satisfied, and after his death desired the executors to prove the will, and said, though she knew she could have her thirds, she did not want more than her husband had given her, nor to hurt the children, for her mother had done so, and got a great estate and ruined the children; and that when the property was appraised, she chose and took a cow, as the one given her by will, and declared herself satisfied.

The question submitted to the court without argument was, whether, under all the circumstances of this case, the widow was barred of her dower?

The court, with the consent of counsel, continued the case under advisement until the Supreme Court in December term

following, and afterwards in March term 1801, with the concurrence of the Chief Justice, on full deliberation, directed that judgment should be entered for the tenant.

In Hamilton and wife *v.* Buckwalter, wherein judgment was rendered for the tenant in December term 1798, John Patton the testator, devised to his wife all his lands in Lampeter township, to hold during her natural life of widowhood, she making no waste thereupon ; but in case she marries, she is then to leave the plantation, she receiving 50l., a horse and saddle, with her bed and bed clothes, &c.

Devise to the wife of all the husband's lands during widowhood ; Dyer held it to be no bar of her dower ; but Weston and Benlows determined otherwise, and that it was as strong as a jointure, and if she accepted a jointure she cannot be endowed. Moor. 31.

An estate for life on condition is an estate for life, and within the words and intent of stat. 27 H. 8, c. 10, if the wife after the death of the husband accepts it.    A jointure is a competent livelihood of freehold for the wife to take effect immediately after *the death of the husband, for the life of the wife,    [*81 if she herself is not the cause of the determination or forfeiture of it. 4 Co. 2, b.    Every grant *durante viduitate*, is an estate for life. 4 Co. 30, a. Lit. § 380.    Co. Lit. 42, a, 234, b.

An estate during widowhood for jointure is an estate to the widow during life, and is a jointure within the act. 4 Co. 3, a. Dy. 317, b.    New Benloe 210.    Vernon's case, which was a feoffment by the husband after marriage of part of his lands to trustees, to the use of himself for life without impeachment of waste, then to the use of his wife for life, and after her decease to the use of the right heirs of the husband.

CORAM—SHIPPEN, CHIEF JUSTICE, YEATES, SMITH AND BRACKENRIDGE, JUSTICES.